**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Williams & Samuel Rosenberg, LLC, Williams & Samuel, LLC, Stephen Samuel and Rodney Williams v. Ameris Bank

Appellate case number:   01-20-00164-CV

Trial court case number:  19-DCV-26641

Trial court:                   268th District Court of Fort Bend County

Kristen M. Fiore has filed a motion to appear pro hac vice as counsel for appellee, Ameris Bank. The motion is supported by a motion from appellee's counsel, Ruth Rivera-Arriaga. Both motions lack the certificate of conference required by Texas Rule of Appellate Procedure 10. *See* TEX. R. APP. P. 10.1(a)(5).

Accordingly, we deny the motions without prejudice to refiling with the proper certificates of conference.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                  Acting individually

Date:  March 10, 2020